| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kessler, Gladys | 2. Court or Organization U.S. District Court | 3. Date of Report 6/9/2008 05/22/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address U.S. District Court 333 Constitution Avenue, N.W. Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Our Place, D.C. -- a 501(c)(3) organization |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. I am now collecting a reduced annuity from the fund. |
| 2. 2007 | As a Senior Judge, I now receive a pension rather than a salary. |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2008 JUN 13 A 10: 48 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/22/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | D.C. Government - Pension | $ 116,207.64 |
| 2. 2007 | Judicial Retirees & Survivors Admin Office of the US Courts - Pension | $ 145,025.94 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Prudential Insurance Company - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 3/26-4/8/07 | China | Teaching | Travel/Meals/Lodging |
| 2. | ALI-ABA | 5/3-5/5/07 | Boston | Teaching | Travel/Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/22/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ADP - common stock | A | Dividend | K | T | | | | | |
| 2. Tyco - common stock | A | Dividend | J | T | Cash in Lieu | 6/29 | J | A | |
| 3. MMM - common stock | B | Dividend | L | T | | | | | |
| 4. GE - common stock | B | Dividend | L | T | | | | | |
| 5. Black & Decker - common stock | A | Dividend | K | T | | | | | |
| 6. Vanguard High Yield Tax Exempt - mutual fund | E | Interest | N | T | Partial Sale | 11/28 | M | C | |
| 7. Vanguard Tax Exempt Money Market Fund | B | Interest | K | T | | | | | |
| 8. Sun Trust - Checking Account | A | Interest | J | T | | | | | |
| 9. Wells Fargo Advan Corp Bond Fund (charitable) - mutual fund | B | Dividend | K | T | Partial Sale | Var | M | A | |
| 10. Wells Fargo Advantage Fund IRA - mutual fund ● | A | Dividend | K | T | | | | | |
| 11. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 12. Vanguard Dividend Growth Fund ● | C | Dividend | M | T | | | | | |
| 13. Janus Twenty Fund | A | Dividend | K | T | | | | | |
| 14. Escalade - common stock ● | B | Dividend | | | Sale | 6/20 | M | F | |
| 15. Warehouse Leasing Assoc., L.C. ● | A | Interest | J | W | | | | | |
| 16. Banc of America - Nuveen Dividend Advantage Muni Bond Fund | B | Interest | K | T | | | | | See note in part VIII |
| 17. Washington Mutual - common stock ● | D | Dividend | L | T | Partial Sale | 12/31 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | Var | L | | |
| 19. Apache Corp - common stock ● | B | Dividend | | | Sale | 12/18 | M | E | |
| 20. Duke Realty - common stock ● | A | Dividend | | | Sale | 3/29 | K | E | |
| 21. General Electric - common stock ● | B | Dividend | L | T | | | | | |
| 22. Smith Midland - common stock ● | | None | K | T | | | | | |
| 23. Quality Systems - common stock ● | C | Dividend | M | T | Buy | 7/16 | K | | |
| 24. General Dynamics - common stock ● | B | Dividend | L | T | | | | | |
| 25. Banc of America - Eaton Vance Municipal Bonds | B | Int./Div. | K | T | | | | | See note in part VIII |
| 26. Vanguard Health Care Fund | D | Dividend | M | T | | | | | |
| 27. Banc of America - D.C. G.O. Bond | B | Interest | K | T | Part Redempt | 6/1 | J | A | See note in part VIII |
| 28. Banc of America - D.C. Revenue Bond | A | Interest | J | T | | | | | See note in part VIII |
| 29. Allstate - common stock ● | B | Dividend | M | T | Buy | 8/3 | L | | |
| 30. RPM International - common stock ● | C | Dividend | L | T | | | | | |
| 31. Banc of America - 3M Company | A | Dividend | J | T | | | | | See note in part VIII |
| 32. Banc of America - General Electric | A | Dividend | J | T | | | | | See note in part VIII |
| 33. Banc of America - Eaton Vance Worldwide Health | C | Int./Div. | K | T | | | | | See note in part VIII |
| 34. Wells Fargo Advantage Opportunity Fund ● | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/22/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ferris Baker Watts - Reserve Primary Fund ● | A | Dividend | M | T | | | | | |
| 36. Bank of America - common stock ● | C | Dividend | L | T | Buy | 4/25 | L | | |
| 37. Vanguard Mid-Cap Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 38. PNC Bank - Checking Account ● (X) | | None | J | T | | | | | |
| 39. Vanguard Tax Exempt Money Market ● | A | Interest | | | Transfer Out | Var | N | | |
| 40. Pentair, Inc - common stock ● | B | Dividend | L | T | Buy | 1/5 | L | | |
| 41. Broadridge Financial Solutions, Inc. | A | Dividend | J | T | Buy | 3/30 | J | | |
| 42. Vanguard Ins LT Tax-Exempt Adm - ● | D | Interest | N | T | Transfer In | Var | N | | |
| 43. | | | | | Partial Sale | Var | M | A | |
| 44. Vanguard Growth and Income Fund - ● | D | Dividend | K | T | | | | | |
| 45. Matthews China Fund - ● | A | Dividend | K | T | Buy | Var | K | | |
| 46. Ferris Baker Watts - Ace Comm Corp - common stock ● | | None | | | Sale | 12/18 | J | A | |
| 47. Covidiend Ltd - common stock | | None | | | Cash in Lieu | 6/29 | J | A | |
| 48. Vanguard IRA 500 Index Fund Admiral Shares | D | Dividend | M | T | | | | | |
| 49. Vanguard IRA Mid-Cap Index Fund Admiral Shares | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional notes on Part VII:  lines 16, 25, 27, 28, 31, 32, 33 are all holdings in the same brokerage account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544